IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ANTHONY TAYLOR,  :

           Plaintiff,

-vs-

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

           Defendant.  :

Case No. 3:07-cv-475

District Judge Walter Herbert Rice
Magistrate Judge Michael R. Merz

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 13), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on December 8, 2008, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that the Commissioner's decision that Plaintiff was not disabled during the period November 15, 2002, to January 21, 2005, be, and it hereby is reversed and this matter is remanded to the Commissioner for the payment of benefits consistent with the Act.

December 9, 2008.

                                                      Walter Herbert Rice
                                                      United States District Judge